UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 08mj1279 |
| v. | ) | |
| JASON DAVID SEBALD, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  April 29, 2008            /s/ John C. Ellis, Jr.
                                  JOHN C. ELLIS, JR.
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  john_ellis@fd.org