UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Jason David Sebald )<br>)<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08MJ1279<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

**NITA L. STORMES**

On order of the United States District/<u>Magistrate Judge</u>,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**(Bond Posted**/ Case Disposed / Order of Court).

Maria Araceli Ayala-Mejia

DATED: 5-1-08

2008 MAY -1

**NITA L. STORMES**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Perrault
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082